**E-filed 1/18/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00590 JF |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| EFREN OCHOA-SOTO, ) | |
| Defendant. ) | |

      Plaintiff United States of America, by and through Special Assistant U.S. Attorney Matthew Harris, and defendant EFREN OCHOA-SOTO, by and through his counsel Cynthia, Lie, hereby AGREE AND STIPULATE to CONTINUE the status hearing presently scheduled for January 18, 2006  to February 1, 2006 at 9:00 a.m.  The continuance is requested based on the tentative settlement reached by the parties and the need to finalize the Plea Agreement.  It is anticipated that defendant will enter a change of plea on the new date.

      The parties therefore AGREE AND STIPULATE that time should be excluded from and including January 18, 2006 , through and including February 1, 2006 , for continuity of counsel and to provide counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

//

the requested exclusion of time will serve the interests of justice and outweigh the interests of the public and defendant in a speedy trial.

DATED: January 17, 2006             KEVIN V. RYAN
                                    United States Attorney

                                         /S/
                                    _____
                                    MATTHEW HARRIS
                                    Special Assistant U.S. Attorney

                                         /S/
                                    _____
DATED: January 17, 2006             CYNTHIA L. LIE
                                    Counsel for Defendant Efren Ochoa-Soto

[~~PROPOSED~~] ORDER

In light of the parties' agreement to exclude time, and based upon the demonstrated need for excludable time, IT IS HEREBY ORDERED THAT: 1) the status hearing scheduled for January 18, 2006 at 9:00 a.m. is CONTINUED until February 1, 2006 at 9:00 a.m.; and 2) the period from and including January 18, 2006, through and including February 1, 2006 at 9:00 a.m., shall be excluded from all Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   1/18/06
                                    _____
                                    HON. JEREMY FOGEL
                                    United States District Court Judge

STIP. & [PROP.] ORDER, CR 05-00590 JF            2

1  Distribute to:

2  Matthew Harris, SAUSA
   150 Almaden Blvd., Suite 900
3  San Jose, California 95113
   Phone: (408) 535-5037
4  Fax: (408) 535-5081

5

6  Cynthia L. Lie, FPD
   Federal Public Defender
7  160 West Santa Clara Street
   San Jose, CA 95113

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORDER, CR 05-00590 JF          3