**E-filed 5/1/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00590 JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| EFREN SOTO, | ) | **ORDER TO CONTINUE STATUS DATE** |
| Defendant. | ) | |

Assistant United States Attorney Matthew Harris and defendant, Efren Soto, through his counsel, Assistant Federal Public Defender Cynthia C. Lie, stipulate and agree that the status date in the above-captioned matter, presently scheduled for April 27, 2006, at 9:00 a.m., should be continued to May 10, 2006 at 9:00 a.m.  The reason for this continuance is that, due to scheduling conflicts, the neuropsychologist retained by the defense has not yet examined Mr. Soto, following review of his records and relevant discovery.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny the defense the time necessary for effective preparation, taking into account the exercise of due diligence.

1  SO STIPULATED.

2

3  Dated: April 26, 2006                     _____/s/_____
                                              CYNTHIA C. LIE
4                                             Assistant Federal Public Defender

5

6  Dated: April 26, 2006                     _____/s/_____
                                              MATTHEW HARRIS
7                                             Assistant United States Attorney

\*\*E-filed 5/3/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EFREN SOTO,<br><br>    Defendant. | No. CR 05-00590 JF<br><br>[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

    GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the status date presently set for April 27, 2006 at 9:00 a.m. is continued to May 10, 2006 at 9:00 a.m.

    IT IS FURTHER ORDERED that the period of time from April 27, 2006 through and including May 10, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

    May 3, 2006
Dated: April __, 2006

                                                  JEREMY FOGEL
                                                  United States District Judge

1  Distribute to:

2

3  Cynthia C. Lie
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Matthew Harris
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26