**E-filed 7/13/06**

1    BARRY J. PORTMAN
     Federal Public Defender
2    CYNTHIA C. LIE
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant SOTO

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10
     UNITED STATES OF AMERICA,          )    No. CR 05-00590 JF
11                                       )
                    Plaintiff,           )
12                                       )
     v.                                  )    **STIPULATION AND [~~PROPOSED~~]**
13                                       )    **ORDER TO CONTINUE STATUS DATE**
     EFREN SOTO,                         )
14                                       )
                    Defendant.           )
15   _____)

16
             Assistant United States Attorney Matthew Harris and defendant, Efren Soto, through his
17
     counsel, Assistant Federal Public Defender Cynthia C. Lie, stipulate and agree that the status date
18
     in the above-captioned matter, presently scheduled for July 12, 2006, at 9:00 a.m., should be
19
     continued to August 2, 2006 at 9:00 a.m.  The defense has previously provided the government
20
     with the report of its consulting neuropsychologist, and has recently provided additional records
21
     relevant to the goverment's consideration of that report and possible plea negotiations.
22
             The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
23
     the ends of justice served by the continuance requested outweigh the best interest of the
24
     defendant and public in a speedy trial because the failure to grant such a continuance would
25
     unreasonably deny the parties the time necessary for effective preparation, taking into account the
26
     exercise of due diligence.

1    SO STIPULATED.

2

3    Dated: July 10, 2006                    _____/S/_____
                                             CYNTHIA C. LIE
4                                            Assistant Federal Public Defender

5

6    Dated: July 10, 2006                    _____/S/_____
                                             MATTHEW HARRIS
7                                            Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00590 JF |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| EFREN SOTO, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS

HEREBY ORDERED that the status date presently set for July 12, 2006 at 9:00 a.m. is continued

to August 2, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from July 12, 2006 through and

including August 2, 2006, shall be excluded from the period of time within which trial must

commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: July _13_, 2006

_____
JEREMY FOGEL
United States District Judge

1   Distribute to:

2

3   Cynthia C. Lie
    Assistant Federal Public Defender
    160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
    Counsel for Defendant
5

6   Matthew Harris
    Assistant United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
    Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26