# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EFREN SOTO,<br><br>　　　　Defendant. | Case No. 05-cr-00590-JF-1<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND REFERRING CASE TO FEDERAL PUBLIC DEFENDER'S OFFICE FOR EVALUATION**<br><br>[RE: ECF 32] |

Defendant Efren Soto seeks appointment of counsel to assist him in filing a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) and United States Sentencing Guideline Amendment 782. Defendant's request is DENIED. However, this case is hereby REFERRED to the Federal Public Defender's Office for evaluation as to whether Defendant may be entitled to a reduction in sentence.

**IT IS SO ORDERED.**

Dated: June 5, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge